McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRESA LEE WIEBE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:19-cv-01861-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 7-day extension of time from February 24, 2020 to March 2, 2020 to respond to Plaintiff's motion for summary judgment. Defendant's counsel was recently assigned discovery requests in a federal court employment case and has to provide the responses by next week. Counsel, therefore, requests additional time to review the record and draft the brief for this case.

      This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 21, 2020     /s/ Meghan O. Lambert by Chantal R. Jenkins*
*As authorized via email on February 21, 2020
Meghan O. Lambert, Esq.
Attorney for Plaintiff

Dated: February 21, 2020     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated: February 24, 2020

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge